**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-2574**

JOHN H. EVERETT,

Plaintiff - Appellant,

versus

CROSSROADS FORD; DEREK M. PARKER; CHARLES G.
BROWN; JACK W. JENKINS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, Senior
District Judge. (CA-04-805-BR-5)

Submitted: May 19, 2005                 Decided: May 24, 2005

Before LUTTIG and MOTZ, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

John H. Everett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

---

[*]This opinion is filed by a quorum pursuant to 28 U.S.C.
§ 46(d) (2000).

PER CURIAM:

John H. Everett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Everett v. Crossroads Ford</u>, No. CA-04-805-BR-5 (E.D.N.C. Nov. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>